The People of the State of New York, Respondent,
against
Barry McRae, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Linda Poust Lopez, J.), rendered March 11, 2015, after a nonjury trial, convicting him of menacing in the third degree and harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Linda Poust Lopez, J.), rendered March 11, 2015, affirmed.
The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]), which showed that, during an argument with the victim, defendant pointed a gun at her face and stated "I'm going to shoot you." There is no basis upon which to disturb the trial court's credibility determinations. Contrary to defendant's assertion, the victim's brief delay in reporting the incident to the police did not render her testimony unworthy of belief (see People v Wilson, 256 AD2d 637, 638 [1998], lv denied 93 NY2d 880 [1999]). 
 THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: December 12, 2018